HENRY WILSON v. THE STATE.

No. 3240. Decided October 21, 1914.

**Robbery—Statement of Facts.**

Where, upon trial of robbery, defendant was convicted and his punishment assessed at death, the complaint that the verdict is contrary to the evidence can not be reviewed on appeal, in the absence of a statement of facts.

Appeal from the District Court of Calhoun. Tried below before the Hon. John M. Green.

Appeal from a conviction of highway robbery; penalty, death.

The opinion states the case.

No brief on file for appellant.

*C. E. Lane,* Assistant Attorney General, for the State.

HARPER, JUDGE.—Appellant was convicted of highway robbery and his punishment assessed at death.

The record before us contains neither a statement of facts nor any bills of exception. The only ground in the motion for new trial reads as follows: "Because the verdict of the jury is contrary to the evidence." Without a statement of facts it is impossible for us to review this ground. As the death penalty was assessed, we regret that the record comes to us in this condition, but as it does we can only affirm the judgment.

The judgment is affirmed.

*Affirmed.*